IN THE MATTER OF AN INCREASE IN FEES BY NEW JERSEY STATE BOARD OF DENTISTRY.

Oct. 30, 1979. Cross-Petition for certification denied.

ULYSSES G. BROOKS v. N. J. MANUFACTURERS INSURANCE CO.

Oct. 30, 1979. Petition for certification denied. (See 170 *N.J.Super.* 20)

STATE OF NEW JERSEY v. ANTHONY ERCOLANO.

Oct. 30, 1979. Petition for certification denied.

PT & L CONSTRUCTION CO., INC.

v.

STATE OF NEW JERSEY, (ROUTE 78, SECTION 4K).

Oct. 30, 1979. Petition for certification denied.

GERALD NEHRA ET AL.

v.

RUDOLF UHLAR.

Oct. 30, 1979. Petition for certification denied. (See 168 *N.J.Super.* 187)